UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

NOEL PEREZ,

             Defendant.

17 Cr. 283 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Perez's motion under 18 U.S.C. § 3582(c)(1)(A).  (Dkt. no. 374.)  The Government shall respond to Mr. Perez's motion by letter no later than July 20, and Mr. Perez may submit a reply by no later than July 27.  Chambers will mail a copy of this order to Mr. Perez

**SO ORDERED.**

Dated:  July 2, 2020
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.